IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANN KENNEDY,<br><br>    Plaintiff,<br><br>vs.<br><br>MENARD, INC.,<br><br>    Defendant. | **8:21CV126**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Daniel R. Stockmann, as counsel of record for Plaintiff, (Filing No. 6), is granted. Daniel R. Stockmann shall no longer receive electronic notice in this case.

Dated this 25th day of March, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge