IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANN KENNEDY,<br><br>            Plaintiff,<br><br>vs.<br><br>MENARD, INC.,<br><br>            Defendant. | **8:21CV126**<br><br>**ORDER** |

The parties have filed a joint motion to continue progression deadlines in anticipation of mediation.

IT IS ORDERED:

1) The parties' motion to continue is granted, in part, as set forth in this order. (Filing No. 33). The unexpired case progression deadlines are stayed pending further order of the court.

2) The status conference scheduled for June 14, 2022 is continued and will be reset, if needed.

3) On or before May 6, 2022, the parties shall contact chambers at zwart@ned.uscourts.gov or (402) 437-1670 to inform the undersigned of the outcome of mediation.

4) The Clerk shall set a case management deadline for May 6, 2022.

Dated this 13th day of April, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge