IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ANN KENNEDY,

        Plaintiff,

vs.

MENARD, INC.,

        Defendant.

**8:21CV126**

**ORDER**

1) The motion to withdraw filed by Matthew G. Miller, as counsel of record for Plaintiff (Filing No. 36), is granted.

2) On or before June 3, 2022, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of her intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of Plaintiff's claims without further notice.

3) The Clerk shall set a case management deadline for June 3, 2022.

4) The Clerk shall mail a copy of this order to Plaintiff at the address provided by Counsel:

    Ann Kennedy
    1604 S. 49th St.
    Omaha, NE 68106

Dated this 4th day of May, 2022.

                        BY THE COURT:

                        *s/ Cheryl R. Zwart*
                        United States Magistrate Judge